UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,  Case No. 6:19-cr-211-Orl-41EJK

Plaintiff, ☐
Government ☒   ☐ Evidentiary
　　　　　　　　　　　　　　☐ Trial
　　　　　　　　　　　　　　☒ Other

v.

JUSTIN RICHARD TESTANI

Defendant ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Description of Exhibit |
|---|---|---|---|
| 1 | 8-6-20 | 8-6-20 | CV-1 voicemail message |
| 2 sealed | 8-6-20 | 8-6-20 | Messages from Testani to CV-1's friends (Bates 00063-00068) |
| 3 sealed | 8-6-20 | 8-6-20 | Truncated Google search history |
| 4 sealed | 8-6-20 | 8-6-20 | Chats with Snapchat user using CV-2's account |
| 5 sealed | 8-6-20 | 8-6-20 | Chats with Snapchat user using CV-2's account |
| 6 sealed | 8-6-20 | 8-6-20 | Chats with Snapchat user using CV-2's account |
| 7 sealed | 8-6-20 | 8-6-20 | Chats with Snapchat user using CV-2's account |
| 8 sealed | 8-6-20 | 8-6-20 | Chole account Instagram pictures |